1  Sheila M. Salomon, SBN 164619
   Andrew L. Chang, SBN 222309
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:    (415) 544-1900
4  Facsimile:    (415) 391-0281
   E-mail: ssalomon@shb.com
5          achang@shb.com

6  Attorneys for Plaintiffs
   INTERSCOPE RECORDS, MOTOWN RECORD COMPANY, L.P., BMG MUSIC, ELEKTRA
7  ENTERTAINMENT GROUP, INC., CAPITOL RECORDS, INC., SONY BMG MUSIC
   ENTERTAINMENT, UMG RECORDINGS, INC., ARISTA RECORDS LLC, WARNER BROS.
8  RECORDS, INC., PRIORITY RECORDS LLC, ATLANTIC RECORDING CORPORATION, and
   VIRGIN RECORDS AMERICA, INC.,
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         (SAN FRANCISCO DIVISION)

13  INTERSCOPE RECORDS, a California general     Case No. C-05-1200-CW (WDB)
    partnership, MOTOWN RECORD COMPANY,
14  L.P., a California limited partnership, BMG
    MUSIC, a New York general partnership,
15  ELEKTRA ENTERTAINMENT GROUP,                 APPLICATION AND [PROPOSED]
    INC., a Delaware corporation, CAPITOL       ORDER FOR SUBSTITUTION OF
16  RECORDS, INC., a Delaware corporation,       ATTORNEYS FOR PLAINTIFFS
    SONY BMG MUSIC ENTERTAINMENT, a
17  Delaware general partnership, UMG
    RECORDINGS, INC., a Delaware corporation,
18  ARISTA RECORDS LLC, a Delaware limited
    liability company, WARNER BROS.
19  RECORDS, INC., a Delaware corporation,
    PRIORITY RECORDS LLC, a California
20  limited liability company, ATLANTIC
    RECORDING CORPORATION, a Delaware
21  corporation, and VIRGIN RECORDS
    AMERICA, INC., a California corporation,
22
                Plaintiffs,
23
         v.
24
    DOES 1-12,
25
                Defendants.
26

27

28

                                    1

1  Plaintiffs hereby apply to substitute in Shook, Hardy & Bacon L.L.P. as their attorney of
2  record in this action in the place of Coblentz, Patch, Duffy & Bass L.L.P., One Ferry Building, Suite
3  200, San Francisco, California 94111. Plaintiffs and counsel have consented to said substitution as
4  indicated below by execution of this application.

Dated: May 19, 2005

COBLENTZ, PATCH, DUFFY & BASS L.L.P.

By: _____
ZUZANA J. SVIHRA

I accept this substitution.

Dated: May 17, 2005

SHOOK, HARDY & BACON, L.L.P.

By: _Sheila M. Salomon_____
SHEILA M. SALOMON

I consent to this substitution.

Dated: May 31, 2005

PLAINTIFFS

By: _____
STANLEY PIERRE-LOUIS
Plaintiffs' Representative

## ORDER

Plaintiffs' application for substitution of attorneys is granted.

Dated: 8/15/05

/s/ CLAUDIA WILKEN
_____
THE HONORABLE CLAUDIA WILKEN
United States District Judge

2

APPLICATION FOR SUBSTITUTION OF
ATTORNEYS & PROPOSED ORDER
CASE NO. C 05-1200-CW (WDB)

88200V1